IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| NATIONAL RENAL ALLIANCE, LLC, | ) | |
| n/k/a RAI II, LLC, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 3:10-cv-00872 |
| | ) | Judge Trauger |
| GAIA HEALTHCARE SYSTEMS, LLC, | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER

For the reasons expressed in the accompanying Memorandum, the Motion to Vacate and for Stay of Proceedings filed by defendant Gaia Healthcare Systems, LLC (Docket No. 12) is **DENIED**. The Petition to Confirm Arbitration Award filed by plaintiff National Renal Alliance, LLC (Docket No. 1) is **GRANTED**, and the September 13, 2010 arbitration award (Docket No. 1, Ex. 4) is hereby **CONFIRMED**. The clerk is **ORDERED** to enter judgment against the defendant in the amount of $305,000, with interest accruing from September 13, 2010 at the statutory rate. Entry of this Order shall constitute the judgment in this case.

It is so Ordered.

Entered this 3rd day of February 2011.

_____
ALETA A. TRAUGER
United States District Judge